IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN P. O'CONNOR and ANTHONY HELFER, TRUSTEES of THE UFCW LOCAL 23 AND EMPLOYERS PENSION FUND,<br><br>    Plaintiffs,<br><br>vs.<br><br>E.J. FOODS, LLC,<br><br>    Defendant. | Civil Action No. 07-0295 |

**CONSENT JUDGMENT**

AND NOW this 22nd day of June, 2007, based upon the Stipulation of the parties, judgment in the amount of Forty-Four Thousand Two Hundred Eight Dollars and Ninety-Eight Cents ($44,208.98) is entered in favor of Plaintiffs and against E.J. Foods, LLC.

*This case is Closed forthwith.*

_____
Chief Judge Donetta W. Ambrose